ALB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

09 MAR 23 AM 10: 32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Mag. Case Number: ___09 MJ0984 |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | Title 21, U.S.C., Sections 952 and 960 |
| ) | Importation of a Controlled Substance |
| Jaime SANTACRUZ ) | |
| ) | |
| Defendant, ) | |

BY_____ DEPUTY

The undersigned complaint being duly sworn states:

On or about March 20, 2009, within the Southern District of California, Jaime SANTACRUZ did knowingly and intentionally import approximately 24.96 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT JEFFREY ROBERTS
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23 DAY OF
March , 2009.

UNITED STATES MAGISTRATE JUDGE

DOA
3/20/09
ajo

AKB

## PROBABLE CAUSE STATEMENT

I, Special Agent Jeffrey Roberts, declare under penalty of perjury, the following is true and correct:

On March 20, 2009 at approximately 5:10 a.m., Jaime SANTACRUZ, the driver and sole occupant of a blue 2000 Nissan Xterra bearing United States/California license plate number 4MOV912, applied for admission to the United States from Mexico at the Otay Mesa, California Port of Entry in vehicle primary inspection lane number ten. SANTACRUZ told the Customs and Border Protection (CBP) Officer who took his application for admission that he owned the vehicle he was driving for eight months. The CBP officer took two negative customs declarations from SANTACRUZ and then noticed a strong soapy smell emanating from inside the vehicle SANTACRUZ was driving. After opening the rear cargo door of SANTACRUZ's vehicle, the CBP Officer noticed that the threshold molding of the roof was not properly set into place. After pulling the molding down, the CBP Officer saw that the felt used on the roof of the vehicle was shoved underneath and had a very sloppy appearance. The CBP Officer then glanced at SANTACRUZ and SANTACRUZ lowered his head and let out a loud exhale. SANTACRUZ was removed from the vehicle and a CBP Canine Enforcement Officer screened the vehicle with his human and narcotics detection dog. The dog alerted and responded to a trained narcotic odor emanating from the vehicle.

The vehicle driven by SANTACRUZ was taken to the secondary vehicle inspection lot at the Otay Mesa Port of Entry for a more thorough examination known as a 7-point inspection. The 7-point inspection led to the discovery of a non-factory compartment built into the roof of vehicle which contained twenty-four (24) packages wrapped in cellophane and duct tape. Twenty-two (22) more packages were discovered concealed inside the vehicle's spare tire for a total of forty-six (46) packages. A random package was selected and probed to reveal a leafy green substance, which field-tested positive for marijuana. The total weight of the packages was approximately 24.96 kilograms.

On March 20, 2009 at approximately 8:12 a.m., two Immigration and Customs Enforcement (ICE) Special Agents contacted SANTACRUZ and advised him that drugs had been found in the vehicle he was driving and that he was under arrest.

SANTACRUZ was transported to the Metropolitan Correctional Center, in San Diego, CA.

Executed on March 20, 2009

Jeffrey R. Roberts

Special Agent, U.S. ICE

## U.S. vs SANTACRUZ

### U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendants named in this probable cause statement committed the offense on March 20, 2009 in violation of Title 21, United States Code Section(s) 952 & 960.

_3-20-09 @ 10:30 pm_

U S MAGISTRATE JUDGE